# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:25-cv-05183-MHC |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| AIRLINES | 5 |
| AmazoEU | 7 |
| AMZ-U K | 8 |
| ANCLLO I | 10 |
| Carileee | 27 |
| CHENYIXINYI | 30 |
| Cojoy | 35 |
| Colalife | 36 |
| Creativee | 37 |

| | |
|---|---|
| Dusenly | 41 |
| ED-Lumos | 42 |
| EU HUNGER | 44 |
| EU-JIUMING | 45 |
| Euvoym | 47 |
| Feiandenguk | 52 |
| FeiLiMoLi | 53 |
| Funvalley Surperfect UK | 58 |
| Grownness | 61 |
| GZSLTao | 63 |
| HAPPY BIRTHDAY | 67 |
| Homecoming todays daily deals | Caritierily | 75 |
| Household Products Boutique | 79 |
| HUDD-DE | 81 |
| JeVenis Party | 90 |
| JingDeZhenLongXiangShangMaoYouXianGongSi | 93 |
| Jobkoo | 95 |
| Joyeah-shop | 96 |
| JSTHHTT | 97 |
| JWX-2019 | 99 |
| LAISLLA | 101 |
| LaVenty UK | 103 |
| Lehehe-UK | 104 |
| LIANRISES | 106 |
| Lipmok-eu | 109 |
| Lucky PIXHOTUL | 113 |
| LVQIKEJ | 115 |
| Mayou | 119 |
| Merge | 121 |
| MingkaiHome | 122 |
| MOSNOW | 125 |
| naiteboluo | 128 |
| of length | 133 |
| ozsixuan | 136 |
| P.Yeung store | 137 |
| PLUM-MARKETING | 140 |

| | |
|---|---|
| Potalaam | 141 |
| QIHONGCHENG | 144 |
| Reminisce | 146 |
| RUIXIAMUK | 151 |
| shenzhenbaozidianzishangwuyouxiangongsi | 160 |
| smile | 166 |
| Sparta's Store | 168 |
| SunnyLi_7 | 171 |
| Suoerwan | 173 |
| SYSDZSW | 175 |
| They rape | 176 |
| Toyssa UK | 179 |
| UKYONGYIAN | 181 |
| Uteruik | 182 |
| Visun Technology | 184 |
| Weenkeey-EU | 187 |
| Weifeng Eur | 188 |
| WeiLinMaoYi | 190 |
| Whoops | 193 |
| XiTuoMaoYi | 197 |
| YIYA STORE | 203 |
| YIZHIXIN | 204 |
| Yuyang Jiajia | 211 |
| zhi heng | 214 |
| zhushanquchengpingbaihuodian | 215 |
| Zhushiruigongzuoshi | 216 |
| ZLMONDEE | 217 |
| ZOOMPIL | 218 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

| | |
|---|---|
| Dated: September 26, 2025 | Respectfully submitted,<br><br>**/s/ Jayma C. Leath**<br>Jayma C. Leath, Esq.<br>Georgia Bar No. 639678<br>**HIGBEE & ASSOCIATES**<br>3110 W. Cheyenne, Suite 200<br>Las Vegas, NV 89032<br>(714) 617-8350<br>(714) 597-6729 facsimile<br>jleath@higbee.law<br><br>Shengmao (Sam) Mu, *pro hac vice pending*<br>Abby Neu, *pro hac vice pending*<br>Ryan E. Carreon, *pro hac vice pending*<br>**WHITEWOOD LAW PLLC**<br>57 West 57th Street, 3rd and 4th Floors<br>New York, NY 10019<br>Telephone: (917) 858-8018<br>Email: smu@whitewoodlaw.com<br><br>*Counsel for Plaintiff* |