IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br><br><br> 3t6b, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-5183-MHC |

## NOTICE OF APPEARANCE

Pursuant to Rule 83.1(D)(1) of the Civil Local Rules of Practice, Notice is given of the entry of the undersigned as local counsel for Defendant Umoni. Furthermore, pursuant to Rule 5 of the Federal Rules of Civil Procedure all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

Abena K. Abayomi-Rogers
Georgia Bar No. 315161
ICEE Law, LLC
1445 Woodmont Ln, NW, Suite 3362
Atlanta, GA. 30318 ClientComms@ICEELaw.com

Dated: October 7, 2025

        Respectfully submitted,

        /s/ Abena K. Abayomi-Rogers
        Abena K. Abayomi-Rogers
        Geogia Bar No. 315161
        *Local Counsel*
        ICEE Law, LLC
        1445 Woodmont Ln, NW
        Suite 3362
        Atlanta, GA 30318
        Telephone: 470-574-0529
        Facsimile: 470-574-0535
        Email: CourtComms@ICEELaw.com
        Counsel for Defendant UMONI

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on all counsel of record on October 7, 2025.