# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cv-05183-MHC
## Anagram International, LLC v. 3t6b et al
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 10/14/2025.

TIME COURT COMMENCED: 9:43 A.M.
TIME COURT CONCLUDED: 9:50 A.M.
TIME IN COURT: 00:08
OFFICE LOCATION: Atlanta

COURT REPORTER: Judy Wolff
CSO/DUSM: CSO 1
DEPUTY CLERK: Lisa Enix

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Abena Abayomi-Rogers representing UMONI<br>David Lilenfeld representing Anagram International, LLC |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | A hearing was conducted on Motion for Preliminary Injunction [Doc. Nos 34 and 35]. Plaintiff's counsel presented argument on the motion. Counsel for Defendant Umoni informed the Court that a settlement has been reached with the Plaintiff. Order to follow. See transcript for details. |
| HEARING STATUS: | Hearing Concluded |