# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　　　Defendants. | Civil Action No. 25-cv- 05167-MHC |

## (UNOPPOSED) DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME the Defendants, DOE #174, Synkee (A9AVMHZ913R6W) and DOE #40, Doginmet/Hondinmet (A2JF9TMDMGMS2H), ("Defendants"), through counsel, and respectfully request this Court extend the time by 21 days to file an answer or otherwise plead to the Plaintiff's Complaint. In support:

1. This is the first motion for an extension of time filed by the Defendants regarding the Answer, although the Defendants previously filed an extension request for their Response to Plaintiff's Motion for Preliminary Injunction (*see* Doc. 28).

2. The Defendants, through corporate counsel, are currently in settlement negotiations with Plaintiff's counsel.

3. The Defendants need additional time to try and reach a settlement, or if not, respond to Plaintiff's Complaint, which is currently due October 22.

4. This Court may, for good cause, extend the time by which Defendants' response is due if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A).

5. The Defendants request that the Court extend the date 21 days from the date of this filing on which Defendants must respond to Plaintiff's Complaint, if ultimately necessary, to November 12.

6. The Plaintiff does not oppose this Motion.

7. A proposed Order is provided.

WHEREFORE, Defendants DOE #174, Synkee (A9AVMHZ913R6W) and DOE #40, Doginmet/Hondinmet (A2JF9TMDMGMS2H) respectfully request this Honorable Court enter an Order: Extending the date on which their response to Plaintiff's Complaint is due 21 days to November 12, 2025.

Respectfully submitted, this the 22nd day of October, 2025.

*/s/ Ravi Rayasam*

Ghanayem and Rayasam, LLC
1936B North Druid Hills Road, N.E.
Atlanta, GA 30319
(404) 561-0202
Ga Bar No. 596769
ravi@gratlantalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, a true and correct copy of the foregoing was electronically filed using CM/ECF, which serves electronic notice on all counsel of record and registered CM/ECF users.

*/s/ Ravi Rayasam*
Ghanayem and Rayasam, LLC
1936B North Druid Hills Road, N.E.
Atlanta, GA 30319
(404) 561-0202
(404) 585-5088 (fax) Ga Bar No. 596769
ravi@gratlantalaw.com

*Counsel for Defendants*