# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ANAGRAM INTERNATIONAL LLC,

      Plaintiff,

v.

THE INDIVIDUALS,
CORPORATIONS, LIMITED
LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      Defendants.

Civil Action No. 25-cv-05183-MHC

## ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

THIS CAUSE has come before the Court on Defendants' First Motion for Extension of Time To Answer or Otherwise Plead. The Court having considered the Motion, finds as follows:

The Defendants have demonstrated good cause to grant the Motion, and no party will be prejudiced by an extension. ORDERED AND ADJUDGED: Defendants' Motion is hereby GRANTED.

IT IS SO ORDERED, this 23rd day of October.

_____
Mark H. Cohen
U.S. District Judge