IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>    Plaintiff,<br><br>v.<br><br>3T6B, et al.,<br><br>    Defendants. | Civil Action No. 1:25-cv-05183-MHC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| amzwulin | 9 |
| Bolake-US | 20 |
| CHNBCG | 32 |
| CHUN-YAN | 33 |
| Clara US | 34 |
| HNUOSEN | 73 |
| JENNIY | 88 |
| Liantion | 107 |
| Maigendoo | 117 |
| Melody Fantasy | 120 |
| misppro-us | 123 |
| Ningde Linzhinian E-commerce Co., Ltd. | 131 |
| PRELITER | 142 |
| ruistar33 | 150 |

| | |
|---|---|
| Sanxun-US | 156 |
| SEEK RARE | 157 |
| Steey | 169 |
| Wittocs | 194 |
| Yoehlon | 205 |

Each of these parties shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: November 4, 2025					Respectfully submitted,

						*/s/ David M. Lilenfeld*
						David M. Lilenfeld
						Georgia Bar No. 45299
						**WHITEWOOD LAW PLLC**
						5555 Glenridge Connector, Suite 200
						Atlanta, GA 30342
						Telephone: (404) 663-3349
						Email: david@whitewoodlaw.com

						*Counsel for Plaintiff*