## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ANAGRAM INTERNATIONAL LLC,

   Plaintiff,

v.

3T6B ET AL.,

   Defendants.

Civil Action No. 25-cv-5183-MHC

## PLAINTIFF'S REQUEST TO CLERK FOR ENTRY OF DEFAULT

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Anagram International LLC ("Plaintiff") requests entry of default by the Clerk of Court against each and every remaining Defendant, as listed in Schedule A hereto.

Rule 55(a) of the Federal Rules of Civil Procedure provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

On September 16, 2025, the Court authorized Plaintiff to serve Defendants with process by electronic means. Dkt. 13, p.24. After obtaining email addresses from the third-party providers, Plaintiff served Defendants electronically on September 30, 2025. *See* Lilenfeld Declaration filed herewith. Answers were due

twenty-one (21) days from the date of service, making them due October 21, 2025.

17. Fed. R. Civ. P. 12(a)(1)(A)(i). As of the date of this motion, none of the Defendants on Exhibit A have filed or served an Answer or otherwise appeared in this case. *See* Lilenfeld Declaration. Therefore, the clerk is respectfully requested to enter default for each and every Defendant listed in Schedule A hereto. Fed. R. Civ. P. 55(a).

Dated: November 7, 2025                          Respectfully submitted,

                                                 */s/ David M. Lilenfeld*
                                                 David M. Lilenfeld
                                                 Georgia Bar No. 45299
                                                 **WHITEWOOD LAW PLLC**
                                                 5555 Glenridge Connector, Suite 200
                                                 Atlanta, GA 30342
                                                 Telephone: (917) 858-8018
                                                 Email: david@whitewoodlaw.com

                                                 *Counsel for Plaintiff*


                                                 Shengmao (Sam) Mu, *pro hac vice*
                                                 Abby Neu, *pro hac vice*
                                                 Ryan E. Carreon, *pro hac vice*
                                                 **WHITEWOOD LAW PLLC**
                                                 57 West 57th Street, 3rd and 4th Floors
                                                 New York, NY 10019
                                                 Telephone: (917) 858-8018
                                                 Email: smu@whitewoodlaw.com

                                                 *Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ANAGRAM INTERNATIONAL LLC,

     Plaintiff,

v.

3T6B, et al.,

     Defendants.

Civil Action No. 25-cv-5183-MHC

## SCHEDULE A

| Doe No. | Defendant Internet Store |
|---------|--------------------------|
| * | DISMISSED |
| 2 | ACauto |
| 3 | adkslcjSIT |
| * | DISMISSED |
| * | DISMISSED |
| 6 | AITRS |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 11 | APAKUTA |
| 12 | Arui only |
| 13 | Auppicios |
| 14 | Auzesto_LLC |
| 15 | Baixnsj |
| 16 | Bass Hunter |
| 17 | BAYLAY-ZF |
| 18 | BEAUTIFUL |
| * | DISMISSED |

| Doe No. | Defendant Internet Store |
|---------|--------------------------|
| * | DISMISSED |
| 21 | BONAWEN |
| 22 | Borufeng |
| 23 | Bubble Art. |
| 24 | BuyBestProducts |
| 25 | ca-dream store |
| 26 | Caixuyulin |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 31 | CHILDREN |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 38 | Dejing Trading Co., Ltd. |
| 39 | Diva Dona |
| * | EXCEPTED |
| * | DISMISSED |
| * | DISMISSED |
| 43 | ESAG |
| * | DISMISSED |
| * | DISMISSED |
| 46 | Eurrises |
| * | DISMISSED |
| 48 | FashionBeautyMall |
| * | DISMISSED |
| 50 | FBeiW |
| 51 | Fcsonbty Direct |
| * | DISMISSED |
| * | DISMISSED |
| 54 | FIYO |
| 55 | foshanshilaiqianhuishangmaoxing |
| 56 | from-wd |

| Doe No. | Defendant Internet Store |
|---------|--------------------------|
| 57 | FUNTECH LLC |
| * | DISMISSED |
| 59 | Genntal |
| 60 | GOLDEN |
| * | DISMISSED |
| 62 | Guangzhou Huiheng Trading Company Sole Proprietorship |
| * | DISMISSED |
| 64 | Haedaxua-US |
| 65 | Haikou Chain Trading Company |
| * | DISMISSED |
| * | DISMISSED |
| 68 | Happy.Party-Shop |
| 69 | HappyParty Store |
| 70 | HAPPYPATY |
| 71 | hefengxianzixiaodianzishangwuyouxiangongsi |
| 72 | Heshun County Ranli E-commerce Co., Ltd. |
| * | DISMISSED |
| 74 | Home phone |
| * | DISMISSED |
| 76 | HONGFM |
| 77 | Hongyishunsm |
| 78 | hoolhwa e-store |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 82 | HuQinyan |
| 83 | I said US |
| 84 | I'm happy and I'm happy |
| * | DISMISSED |
| 86 | Iron |
| 87 | Jawontel |
| * | DISMISSED |
| 89 | Jeroee Technology Inc |
| * | DISMISSED |
| 91 | Jialyduu |
| 92 | JIHUI-US |

| Doe No. | Defendant Internet Store |
|---------|--------------------------|
| * | DISMISSED |
| 94 | jinqingliangpin |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 98 | junshengkejiyouxiangongsi |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 102 | LARRAZABAL |
| * | DISMISSED |
| * | DISMISSED |
| 105 | LEITING USA |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 110 | LIU XI |
| 111 | Lovekistan |
| 112 | Lovely Vipgirl |
| * | DISMISSED |
| 114 | LUOSHUANGLONG |
| * | DISMISSED |
| 116 | Lyveef-US Direct |
| * | DISMISSED |
| 118 | Maitunz |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 124 | Mllkhan |
| * | DISMISSED |
| * | DISMISSED |
| 127 | MSMANCY |
| * | DISMISSED |
| 129 | Neria |

| Doe No. | Defendant Internet Store |
|---|---|
| 130 | NicooNicoo |
| * | DISMISSED |
| 132 | o-MSL-o |
| * | DISMISSED |
| 134 | Ognafey |
| 135 | Ouddy-Party |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 139 | PartyDelight |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 143 | Protious |
| * | DISMISSED |
| 145 | RASPATIPARTY |
| * | DISMISSED |
| 147 | Restaswork Direct |
| 148 | RMQidm |
| 149 | ROTORS |
| * | DISMISSED |
| * | DISMISSED |
| 152 | RUIZhiNeng |
| 153 | Rydox tech Boutique US |
| 154 | Rynbehui |
| 155 | SAMZOUS |
| * | DISMISSED |
| * | DISMISSED |
| 158 | Shangqiufeng |
| 159 | Shengshicheng |
| * | DISMISSED |
| 161 | SHI TOU-🔥🔥🔥Summer Clearance Promotion🔥🔥🔥 |
| 162 | shunshunda |
| 163 | Since |
| * | DISMISSED |
| 165 | siyueda |

| Doe No. | Defendant Internet Store |
|---------|--------------------------|
| * | DISMISSED |
| 167 | SoEaser-Direct |
| * | DISMISSED |
| * | DISMISSED |
| 170 | SunBrite |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | EXCEPTED |
| * | DISMISSED |
| * | DISMISSED |
| 177 | tookkata |
| * | DISMISSED |
| * | DISMISSED |
| 180 | TREWAVE US |
| * | DISMISSED |
| * | DISMISSED |
| 183 | Vielfyo |
| * | DISMISSED |
| * | DISMISSED |
| 186 | Wecepar |
| * | DISMISSED |
| * | DISMISSED |
| 189 | Weiking |
| * | DISMISSED |
| 191 | weixishopping |
| 192 | WEWdedianv |
| * | DISMISSED |
| * | DISMISSED |
| 195 | XCL-US |
| 196 | XIANGXUN |
| * | DISMISSED |
| 198 | XJHH |
| * | DISMISSED |
| 200 | YanShang Clothing |
| 201 | YellRoar |
| * | DISMISSED |

| Doe No. | Defendant Internet Store |
|---------|--------------------------|
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 207 | You are welcome. |
| * | DISMISSED |
| 209 | YufaeleT |
| 210 | YUFANMA |
| * | DISMISSED |
| 212 | YZYFQP |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |

| Doe No. | Defendant Online Marketplace URL |
|---------|----------------------------------|
| * | DISMISSED |
| 2 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2FQ6H4P6Z3UWY&asin=B09F3KP45K&ref_=dp_merchant_link |
| 3 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A14RSXRI9WGYMC&asin=B0CZHXMZ4Q&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |
| 6 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1UG5V115K8Z7X&asin=B09BQW8DDK&ref_=dp_merchant_link |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| 11 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3E22WYLWUHCQW&asin=B0CY2N5FXP&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 12 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A16XDFCHTXUI47&asin=B0DGFBQSLF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 13 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A18TFMSDO590T9&asin=B0CTCKP21V&ref_=dp_merchant_link |
| 14 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1UY4HOJMOBO1Z&asin=B0D9789XG8&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 15 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A7CJ44EC1FPXL&asin=B08HGZS2D8&ref_=dp_merchant_link |
| 16 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1U78I1W7BV3ZS&asin=B0CYTT1KJB&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 17 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3PCQWDYPU014B&asin=B0995KTRCD&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 18 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A19YDKG3AUPH18&asin=B0D7BRM5LK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |
| 21 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A160GQS3PY51W3&asin=B0FGHTHGGX&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 22 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AA5PKIEUWP9WW&asin=B0FCSGPJS3&ref_=dp_merchant_link |
| 23 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2Q5YSKX7UPTN8&asin=B0CHZ1MXZJ&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| Doe No. | Defendant Online Marketplace URL |
|---------|----------------------------------|
| 24 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A60KM8X9RUCRV&asin=B0BJZ9LB9H&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 25 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AP021QSGQFVNJ&asin=B0C8V12VW6&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 26 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3EMJF5EH10XB9&asin=B0D6Z2XY2L&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 31 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2JHO77C0DJ044&asin=B0FHFPGQ3C&ref_=dp_merchant_link |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 38 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A19T1PQYOILWN9&asin=B0FHVYL9W5&ref_=dp_merchant_link |
| 39 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2M3GNW26IX3UT&asin=B0D17Z95LS&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | EXCEPTED |
| * | DISMISSED |
| * | DISMISSED |
| 43 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A18TS6LLGSP1BJ&asin=B0D1TX5HSW&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |

| Doe No. | Defendant Online Marketplace URL |
|---------|----------------------------------|
| 46 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AHRIYB9CT180G&asin=B0DBLGMLJH&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| 48 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AJPKRSKEIYHSM&asin=B09TDWFV7J&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| 50 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1TPGTLCZGQDB4&asin=B0CJN82DK7&ref_=dp_merchant_link |
| 51 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AZE4SHNK16M9Y&asin=B0CFGMXNNX&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |
| 54 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A12T3KJ8I78QP5&asin=B0BFF9YC7L&ref_=dp_merchant_link |
| 55 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1L7Y2NZ5BMB5Z&asin=B08NYJKN9F&ref_=dp_merchant_link |
| 56 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AB89BTFB341SK&asin=B0CFVGCNTK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 57 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1ZH8RTHLPFVAT&asin=B088DB5WNR&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| 59 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1858HTV3Y92IV&asin=B0D9187HCQ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 60 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3178LZ3OWWAF&asin=B0D234DDHJ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |

| Doe No. | Defendant Online Marketplace URL |
|---------|----------------------------------|
| 62 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A10E3XMCRKFQTD&asin=B0FDB7JBZ7&ref_=dp_merchant_link |
| * | DISMISSED |
| 64 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3LTVNMHACXUXQ&asin=B0B1QK5VDT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 65 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3VVSEWOGSUCIZ&asin=B0DJS4SRX2&ref_=dp_merchant_link |
| * | DISMISSED |
| * | DISMISSED |
| 68 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2NFQCOKPIUE7P&asin=B0CHK5DRHH&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 69 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=APA7FLF3UQEMC&asin=B0B49NQDN7&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 70 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1PLM4OBPNVYK8&asin=B0D1KD7GZX&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 71 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1IRB93MRTNKV5&asin=B0D5B19TJQ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 72 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3BWOTXHBEUTWO&asin=B0D46M3CYS&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| 74 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AXVX5L57I4IP1&asin=B08D37LMPR&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| 76 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AQ2K3VKCF1FJI&asin=B0DHQKVD1F&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| 77 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A12VLHJ9V2F6K3&asin=B0FBGLFY7Y&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 78 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AYUCV6YTVREC5&asin=B0C48ZCY63&ref_=dp_merchant_link |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 82 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A39ONOZXIKIS0K&asin=B0C68X29NW&ref_=dp_merchant_link |
| 83 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A17LSE05RCDE3C&asin=B0CZ3PYXP3&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 84 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3A6FQJEUARKGD&asin=B0BPMBLZT7&ref_=dp_merchant_link |
| * | DISMISSED |
| 86 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3CXFH87OFEJ17&asin=B0D4LYW26C&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 87 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2YNCY1ZY8SM6A&asin=B0CRRNMF13&ref_=dp_merchant_link |
| * | DISMISSED |
| 89 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3JJ3LAMCGSRM5&asin=B0CDLSNP8Q&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| 91 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AHXANB2JOEK2W&asin=B0CJFQJCQX&ref_=dp_merchant_link |
| 92 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2W1KC50D1LFPD&asin=B0FGXDKGD2&ref_=dp_merchant_link |
| * | DISMISSED |

| Doe No. | Defendant Online Marketplace URL |
|---------|----------------------------------|
| 94 | https://www.amazon.com/sp?ie=UTF8&seller=A68UUIJ3LPFXQ&asin=B0CCFTWJVN&ref_=dp_merchant_link |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 98 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2LMK6EPWC1ZOR&asin=B0DBHJQYBF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 102 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A23TKG8JHJXFGW&asin=B0D31J16BS&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |
| 105 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1UGCGHIBNSK6K&asin=B0DM61YDG4&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 110 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A36TRB6ILYDNL3&asin=B0DK3D1BC1&ref_=dp_merchant_link |
| 111 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1A3A0P5E2W79X&asin=B0FBL8WYBR&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 112 | https://www.amazon.com/sp?ie=UTF8&seller=A305POK0SRWG4Z&asin=B0CL3GP5M5&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| 114 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AOUPD4O7Q887A&asin=B0D3LV49SZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |

| Doe No. | Defendant Online Marketplace URL |
|---------|----------------------------------|
| 116 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A39HTHZMX6Z2FJ&asin=B0D3M3TSBN&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| 118 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2AMI491RXM1CU&asin=B0CZ6J5MPG&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 124 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A7MWFJ1N03V6R&asin=B0BX8ZD34P&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |
| 127 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A35ZGDCEZJC13T&asin=B0CJVNKLHF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| 129 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3N7VRFPNSXMK2&asin=B0CF21KVX5&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 130 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3DGVSXUFZPMI4&asin=B07R1RX9Z3&ref_=dp_merchant_link |
| * | DISMISSED |
| 132 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3HJ26UMQ9YRVY&asin=B0D9J7R5L9&ref_=dp_merchant_link |
| * | DISMISSED |
| 134 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A397A66R9FQBI2&asin=B0CXM16QJ3&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 135 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2WRNPYZVWM |

| Doe No. | Defendant Online Marketplace URL |
|---------|----------------------------------|
|  | X9P&asin=B0CR5G4F9P&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 139 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AJMNXMFC96M1E&asin=B0DBZ185QX&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 143 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A14JCHXFJQB7H1&asin=B0CDMJDNFP&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| 145 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2921QC19SM9AC&asin=B0D3BRVQVV&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| 147 | https://www.amazon.com/sp?ie=UTF8&seller=A1MZJBHCPQCTGG&asin=B0CQ4BN89L&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 148 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AOAMCU8B5O4GH&asin=B0BZJWRFX2&ref_=dp_merchant_link |
| 149 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A32GKZQ83DXM6T&asin=B098PT4P58&ref_=dp_merchant_link |
| * | DISMISSED |
| * | DISMISSED |
| 152 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3ORER74MHUANU&asin=B0D7VLBZYX&ref_=dp_merchant_link |
| 153 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2FD7QX3W8F0M0&asin=B0CSBQPLFJ&ref_=dp_merchant_link |
| 154 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AYHC21U7IBARW&asin=B0CF23NLNS&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| Doe No. | Defendant Online Marketplace URL |
|---------|----------------------------------|
| 155 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A17B2KUVZSJIWZ&asin=B09GYND4C4&ref_=dp_merchant_link |
| * | DISMISSED |
| * | DISMISSED |
| 158 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2FOTQ3GJRW96P&asin=B0D6QPJTJ6&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 159 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3AI7OYK9TID6L&asin=B0BQZR1FFV&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| 161 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AOWYSFP74R83T&asin=B0CLYRF318&ref_=dp_merchant_link |
| 162 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A38OCB9PETZW6&asin=B0BLT4241Q&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 163 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1HZYVSCJT9V5K&asin=B099N8714N&ref_=dp_merchant_link |
| * | DISMISSED |
| 165 | https://www.amazon.com/sp?ie=UTF8&seller=A3AR7YA8NGD7CJ&isAmazonFulfilled=0&asin=B0BGSBQ1FZ&ref_=olp_merch_name_1 |
| * | DISMISSED |
| 167 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1ULJPSC75M9HG&asin=B0FJ6Z6C9N&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |
| 170 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1DP6AD8857Y8N&asin=B0FCF63X6B&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | EXCEPTED |
| * | DISMISSED |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| * | DISMISSED |
| 177 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A11YFFEN1NL42T&asin=B07TXJVHJR&ref_=dp_merchant_link |
| * | DISMISSED |
| * | DISMISSED |
| 180 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1JOYA0NL9G039&asin=B097MG9RBJ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |
| 183 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2P4I6K6FT4RYX&asin=B0CHZ4QFWK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |
| 186 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3R1F2U7EQRNDO&asin=B08CXZR5GH&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |
| 189 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1SY4S2OEV1592&asin=B07RM3XBHB&ref_=dp_merchant_link |
| * | DISMISSED |
| 191 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AFDYT386LVYI3&asin=B0B3WNS37H&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 192 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2CIXV163778P2&asin=B0BZMG1ZJC&ref_=dp_merchant_link |
| * | DISMISSED |
| * | DISMISSED |
| 195 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A7BJ2O77B1JGV&asin=B0CKHY1QY6&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| Doe No. | Defendant Online Marketplace URL |
|---------|-----------------------------------|
| 196 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AVO2OO7Q3T659&asin=B0FBR47HDY&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| 198 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2NK96OU6HX17V&asin=B0D44ZFGM5&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| 200 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2W1SXBPB4FIXN&asin=B0FLJ877J9&ref_=dp_merchant_link |
| 201 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1SHTEOHXW8U9O&asin=B09TWH1KCP&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 207 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AWFSGNFH3G6C1&asin=B09LLRR2YV&ref_=dp_merchant_link |
| * | DISMISSED |
| 209 | https://www.amazon.com/sp?ie=UTF8&seller=A1MKZHORT1RKMM&asin=B0CJY1Q4GB&ref_=dp_merchant_link |
| 210 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A25BP51XWP6S5P&asin=B0DGWZFJBF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| 212 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1Z1ENBD0KSZ4W&asin=B0CYH4KKX8&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |

| Doe No. | Defendant Online Marketplace URL |
|---------|----------------------------------|
| * | DISMISSED |
| * | DISMISSED |