## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ANAGRAM INTERNATIONAL LLC,

       Plaintiff,

v.

3T6B, et al.,

       Defendants.

Civil Action No. 1:25-cv-05183-MHC

## <u>JOINT STIPULATION TO DISMISS</u>

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Anagram International LLC ("Plaintiff") and Defendant sinner (Def. #164) ("Defendant") hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiff against this Defendant in this lawsuit, and all claims asserted by Defendant against Plaintiff in this lawsuit, with each party to bear its own attorneys' fees, costs, and expenses.  In view of this dismissal, the parties further request that the Court deny as moot all pending motions with respect to Defendant.

Date: November 7, 2025

Respectfully submitted,

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 45299
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (404) 663-3349
Email: david@whitewoodlaw.com

*Counsel for Plaitiff*

*/s/ Jianyin Liu*
Jianyin Liu
**THE LAW OFFICES OF JAMES LIU PLLC**
15750 SW 92nd Ave, Unit 20C
Palmetto Bay, Florida 33157
Tel: (305) 209-6188
Email: jamesliulaw@gmail.com

*Counsel for Defendant*