IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Anagram International, LLC,** | ) |
| | ) |
| | ) Case Number 1:25-cv-05183-MHC |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A,** | ) ) ) ) ) ) |
| | ) |
| **Defendants.** | ) |

## ORDER ON DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

THIS CAUSE has come before the Court on Defendant's First Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint ("Motion"). The Court having considered the Motion, finds as follows:

The Defendant having demonstrated good cause to grant the Motion, and no party will be prejudiced by an extension. ORDERED AND ADJUDGED: Defendants' Motion is hereby GRANTED, and the time for Defendant Trewave US (#180) to answer or otherwise respond to Plaintiff's Complaint (Doc. 1) is hereby extended until November 28, 2025.

IT IS SO ORDERED, this 10th day of November, 2025.

_____
Mark H. Cohen
United States District Judge