**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ANAGRAM INTERNATIONAL LLC,

     Plaintiff,

v.

THE INDIVIDUALS,
CORPORATIONS, LIMITED
LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

     Defendants.

Civil Action No. 25-cv- 05183-MHC

**ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME TO**
**ANSWER OR OTHERWISE PLEAD**

THIS CAUSE has come before the Court on Defendant Synkee and

Doginmet s' *Second Motion for Extension of Time to Answer or Otherwise Plead*.

The Court having considered the Motion, finds as follows:

The Defendants have demonstrated good cause to grant the Motion, and

no party will be prejudiced by an extension. ORDERED AND ADJUDGED:

Defendants' Motion is hereby GRANTED.

IT IS SO ORDERED this 12th day of November, 2025.

                                  _____
                                  Mark H. Cohen
                                  United States District Judge