IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ACAUTO et. al.,<br><br>　　　　　Defendants. | Civil Action No. 1: 25-cv-5183-MHC |

### DEFENDANT'S ANSWER AND DEFENSES

Defendant Anhuilanghuaxinxikejiyouxiangongsi, identified in Complaint as Trewave US ("Defendant"), by and through undersigned counsel, respectfully submits the following Answer and Defenses to Plaintiff's Complaint, and states as follows:

### ANSWER

### PARTIES

1. No response is required because this paragraph asserts a legal conclusion.

2. No response is required because this paragraph asserts a legal conclusion.

3. No response is required because this paragraph is not asserted against Defendant. To the extent that a response is required, Defendant is without information to either confirm or deny the allegations set forth herein.

4. No response is required because this paragraph is not asserted against Defendant. To the extent that a response is required, Defendant is without information to either confirm or deny the allegations set forth herein.

5. No response is required because this paragraph is not asserted against Defendant. To the extent that a response is required, Defendant is without information to either confirm or deny the allegations set forth herein.

6. No response is required because this paragraph is not asserted against Defendant. To the extent that a response is required, Defendant is without information to either confirm or deny the allegations set forth herein.

7. No response is required because this paragraph is not asserted against Defendant. To the extent that a response is required, Defendant is without information to either confirm or deny the allegations set forth herein.

8. Admitted that Defendant is Chinese company operating in China, operates an online store through Amazon, and sell to the United States. Defendant is without is without information to either confirm or deny other allegations set forth herein.

9. Admitted that Defendant operates an online store through Amazon, otherwise denied as to Defendant.

10. Denied as to Defendant.

11. No response is required because this paragraph is not asserted against Defendant. To the extent that a response is required, Defendant is without information to either confirm or deny the allegations set forth herein.

12. No response is required because this paragraph is not asserted against Defendant. To the extent that a response is required, Defendant is without information to either confirm or deny the allegations set forth herein.

13. No response is required because this paragraph is not asserted against Defendant. To the extent that a response is required, Defendant is without information to either confirm or deny the allegations set forth herein.

14. Denied as to Defendant.

15. No response is required because this paragraph is not asserted against Defendant. To the extent that a response is required, Defendant is without information to either confirm or deny the allegations set forth herein.

16. No response is required because this paragraph is not asserted against Defendant. To the extent that a response is required, Defendant is without information to either confirm or deny the allegations set forth herein.

17. No response is required because this paragraph is not asserted against Defendant. To the extent that a response is required, Defendant is without information to either confirm or deny the allegations set forth herein.

18. Denied as to Defendant.

19. Defendant is without information to either confirm or deny the allegations set forth herein.

20. Denied as to Defendant.

21. Denied as to Defendant.

22. Denied as to Defendant.

23. Denied as to Defendant.

24. Denied as to Defendant.

25. Defendant is without information to either confirm or deny the allegations set forth herein.

26. Defendant is without information to either confirm or deny the allegations set forth herein.

27. Admitted that Defendant operates an online store through Amazon, sells products to the United States and Georgia, and does not have written authorization or license from Plaintiff. Defendant denies other allegations herein.

28. Denied as to Defendant.

## COUNT I

## COPYRIGHT INFRINGEMENT (17 U.S.C. § 101 et seq.)

29. Defendant repeats and incorporates by reference herein its responses contained in the above paragraphs of this Answer.

30. No response is required because this paragraph is not asserted against Defendant. To the extent that a response is required, Defendant is without information to either confirm or deny the allegations set forth herein.

31. No response is required because this paragraph is not asserted against Defendant. To the extent that a response is required, Defendant is without information to either confirm or deny the allegations set forth herein.

32. Denied as to Defendant.

33. Denied as to Defendant.

34. Denied as to Defendant.

35. Denied as to Defendant.

## PRAYER FOR RELIEF

Defendant denies Plaintiff's Prayer for Relief in its entirety.

## **DEFENSES**

Without waiving any of the foregoing denials and subject to the responses above, Defendant alleges and asserts the following defenses in response to the allegations in the Complaint.

## FIRST DEFENSE

### (Non-Validity)

1. At least some of the Plaintiff's copyrighted works are not valid.

## SECOND DEFENSE

### (Non-Infringement)

2. Defendant has not infringed any of Plaintiff's valid copyright.

## THIRD DEFENSE

### (Fair Use)

3. The claims made in the Complaint are barred, in whole or in part, by the doctrines of fair use.

## FOURTH DEFENSE

### (Equitable Defenses)

4. Upon information and belief, all or some of Plaintiff's claims for relief are barred, in whole or in part, by the doctrines of laches, estoppel, and/or other equitable defenses.

## FIFTH DEFENSE

### (No Willful Infringement)

5. Any alleged infringement by Defendant is not willful or reckless.

## SIXTH DEFENSE

### (Insufficient Service of Process)

6. Service of Process on Defendant is insufficient because, *inter alia*, Defendant's correct address in China is publicly accessible on Amazon.com and Defendant should be served pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention").

## SEVENTH DEFENSE

**(Misjoinder)**

7. Defendants are improperly joined in violation of Fed. R. Civ. P. 20, and Defendant should be dismissed as a result.

## PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully requests that the Court enter judgment in its favor and against the Plaintiff, and grant the following relief:

A. Dismissing, with prejudice, the Complaint in its entirety against Defendant;

B. Denying all relief that Plaintiff seeks in the Complaint;

C. Awarding Defendant's costs and attorneys' fees; and

D. Awarding Defendant any other damages and relief that Court deems just and equitable.

DATED: November 28, 2025

Respectfully submitted,

*/s/ Longhao Wang*
Longhao Wang
IL Bar No. 6316761
(*pro hac vice pending*)
LW Legal LLC
150 S. Wacker
Suite 2400
Chicago, IL 60606
(718) 200-9474
lwang@lwlegalfirm.com
*Attorney for Defendant*

Respectfully submitted,
/s/ Abena K Abayomi-Rogers
Abena K Abayomi-Rogers
ICEE Law, LLC
1445 Woodmont Lane
Suite 3362
Atlanta, GA 30318
(470) 574-0529
Email: CourtComms@ICEELaw.com
*Attorney for Defendant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading complies with this Court's rules concerning typographical presentation in that it is set in 14-point Times New Roman font.

*/s/ Abena K. Abayomi-Rogers*
Abena K. Abayomi-Rogers

ICEE Law, LLC
1445 Woodmont Ln, NW
Suite 3362
Atlanta, GA 30318
Telephone: (470) 574.0529
Email: CourtComms@ICEELaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 28, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Abena K. Abayomi-Rogers
Abena K. Abayomi-Rogers

ICEE Law, LLC
1445 Woodmont Ln, NW
Suite 3362
Atlanta, GA 30318
Telephone: (470) 574.0529
Email: CourtComms@ICEELaw.com