IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　Defendants. | Civil Action No. 25-cv- 05183-MHC |

## (UNOPPOSED) DEFENDANT'S THIRD MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES the Defendant, DOE #174 Synkee (A9AVMHZ913R6W), ("Defendant"), through counsel, and respectfully requests this Court extend the time by 21 days to file an answer or otherwise plead to the Plaintiff's Complaint. In support:

1. This is the third motion for an extension of time filed by the Defendant regarding the Answer. The Court previously granted extensions to answer or otherwise plead on October 23 (*see* Doc. 41) and November 12 (*see* Doc. 51).

2. The Defendant, through corporate counsel, is currently in settlement negotiations with Plaintiff's counsel.

3. The Defendant needs additional time to try and reach a settlement, or if not, respond to Plaintiff's Complaint, which is due December 1.

4. This Court may, for good cause, extend the time by which Defendants' response is due if

a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A).

5. The Defendant requests the Court extend the date 21 days from the date of this filing on which Defendant must respond to Plaintiff's Complaint, if ultimately necessary, to December 22, 2025.

6. Counsel for Defendant conferred with Plaintiff's counsel, and Plaintiff does not oppose this Motion.

7. A proposed Order is provided.

WHEREFORE, Defendant DOE #174 Synkee (A9AVMHZ913R6W) respectfully requests this Honorable Court enter an Order: Extending the date on which its response to Plaintiff's Complaint is due 21 days to December 22, 2025.

Respectfully submitted, December 1, 2025.

*/s/ Ravi Rayasam*
Ghanayem and Rayasam, LLC
1936B North Druid Hills Road, N.E.
Atlanta, GA 30319
(404) 561-0202
(404) 585-5088 (fax)
Ga Bar No. 596769
ravi@gratlantalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2025, a true and correct copy of the foregoing was electronically filed using CM/ECF, which serves electronic notice on all counsel of record and registered CM/ECF users.

*/s/ Ravi Rayasam*
Ghanayem and Rayasam, LLC
1936B North Druid Hills Road, N.E.
Atlanta, GA 30319
(404) 561-0202
(404) 585-5088 (fax)
Ga Bar No. 596769
ravi@gratlantalaw.com

*Counsel for Defendant*