IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>    Defendants. | Civil Action No. 25-cv- 05183-MHC |

## **(UNOPPOSED) DEFENDANT'S FOURTH MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES the Defendant, DOE #174 Synkee (A9AVMHZ913R6W), ("Defendant"), through counsel, and respectfully requests this Court extend the time by 21 days to file an answer or otherwise plead to the Plaintiff's Complaint. In support:

1. This is the fourth motion for an extension of time filed by the Defendant regarding the filing of an answer. The Court had previously granted extensions to answer or otherwise plead on December 1, 2025 (*see* Doc. 57), November 12, 2025 (*see* Doc. 51), and October 23, 2025 (*see* Doc. 41).

2. The Defendant, through corporate counsel, is currently engaged in settlement negotiations with Plaintiff's counsel. The parties are making progress in their settlement talks, but they have not reached a meeting of minds as to all of the essential elements. Both parties agree that an extension would be beneficial to the successful completion of their negotiations.

3. The Defendant needs additional time to try and reach a settlement, or if not, respond to Plaintiff's Complaint, which answer or response is due by December 22, 2025.

4. This Court may, for good cause, extend the time by which Defendants' response is due if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A).

5. The Defendant requests the Court extend the date 21 days from the date of this filing on which Defendant must respond to Plaintiff's Complaint, if ultimately necessary, to January 12, 2026.

6. Counsel for Defendant conferred with Plaintiff's counsel, and Plaintiff does not oppose this Motion.

7. A proposed Order is provided.

WHEREFORE, Defendant DOE #174 Synkee (A9AVMHZ913R6W) respectfully requests this Honorable Court enter an Order: Extending the date on which its response to Plaintiff's Complaint is due twenty-one (21) days to January 12, 2026.

Respectfully submitted this the 18th day of December, 2025.

*/s/ Ravi Rayasam*
Ghanayem and Rayasam, LLC
Ga Bar No. 596769
1936B North Druid Hills Road, N.E.
Atlanta, GA 30319
(404) 561-0202
(404) 585-5088 (fax)
ravi@gratlantalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2025, a true and correct copy of the foregoing was electronically filed using CM/ECF, which serves electronic notice on all counsel of record and registered CM/ECF users.

*/s/ Ravi Rayasam*
Ghanayem and Rayasam, LLC
Ga Bar No. 596769
1936B North Druid Hills Road, N.E.
Atlanta, GA 30319
(404) 561-0202
(404) 585-5088 (fax)
ravi@gratlantalaw.com

*Counsel for Defendant Synkee*