# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　　　Defendants. | Civil Action No. 25-cv- 05183-MHC |

### ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

THIS CAUSE has come before the Court on Defendant's Fourth Motion for Extension of Time To Answer or Otherwise Plead. The Court having considered the Motion, finds as follows:

The Defendant has demonstrated good cause to grant the Motion, and no party will be prejudiced by an extension. Therefore, Defendant's Motion is hereby **GRANTED**.

**IT IS SO ORDERED** this 18th day of December.

_____
Mark H. Cohen
United States District Judge