# WHITEWOOD LAW
### YOUR INNOVATION, OUR EXPERTISE

Ms. Lisa Enix  January 20, 2026
U.S. District Court - N.D.Ga.
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re:   **Lead Counsel Leave of Absence**

Ms. Enix,

Under Rule 83.1(E) of the Civil Local Rules, I respectfully request that the below cases not be calendared during the period of absence.

**Cases:**

| | | |
|---|---|---|
| 25cv4622-MHC | Anagram International | Adeyoo Store |
| 25cv4846-MHC | Anagram International | A&J Jewelry Co. Ltd. |
| 25cv5167-MHC | Anagram International | Joyful Holiday |
| 25cv5176-MHC | Anagram International | Abbraccia et al. |
| 25cv5183-MHC | Anagram International | 3T6B |
| 25cv6087-MHC | Anagram International | AC Outfitters et al. |

**Absences:**

- January 30, 2026 (Friday)
- February 6 (Friday) and
- February 11, 12 and 13 (Wednesday -Friday)

Sincerely,

*s/David M. Lilenfeld*

David M. Lilenfeld