IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC, | |
| Plaintiff, | Civil Action No. 25-cv-05183-MHC |
| v. | |
| 3T6B, et al., | |
| Defendants. | |

## JOINT MOTION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Anagram International LLC ("Plaintiff") and Defendant TREWAVE US, ("Defendant"; together, the "Parties") file this Joint Motion for Dismissal with prejudice of all claims asserted by Plaintiff against Defendant in this lawsuit, and all claims asserted by Defendant against Plaintiff in this lawsuit, with each party to bear its own attorneys' fees, costs, and expenses. In support of this Motion, the Parties state as follows:

Defendant TREWAVE US (Def. #180) ("Defendant") has resolved all underlying claims with Plaintiff.

In view of this Motion for Dismissal, the Parties further request that the Court deny as moot all pending motions with respect to Defendant.

1

Date: January 23, 2026

/s/ David M. Lilenfeld
David M. Lilenfeld
Georgia Bar No. 452399
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (404) 663-3349
Email: david@whitewoodlaw.com

*Counsel for Plaintiff*

Respectfully submitted,

/s/ Abena K. Abayomi-Rogers
Abena K. Abayomi-Rogers
Georgia Bar No. 315161
**ICEE Law, LLC**
1445 Woodmont Ln, NW
Suite 3362
Atlanta, GA 30318
Telephone: (470) 574.0529
Email: CourtComms@ICEELaw.com

Longhao Wang
IL Bar No. 6316761
*pro hac vice*
**LW Legal LLC**
150 S. Wacker, Suite 2400
Chicago, IL 60606
Telephone: (718) 200-9474
Email: lwang@lwlegalfirm.com

*Counsel for Defendant*