# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>3T6B, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-cv-05183-MHC |

## JOINT STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Anagram International LLC ("Plaintiff") and Defendant Synkee (Def. #174) ("Defendant") hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiff against Defendant in this lawsuit, and all claims asserted by Defendant against Plaintiff in this lawsuit, with each party to bear its own attorneys' fees, costs, and expenses.  In view of this dismissal, the parties further request that the Court deny as moot all pending motions with respect to Defendant.

Date: January 27, 2026

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 452399
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (404) 663-3349
Email: david@whitewoodlaw.com

*Counsel for Plaitiff*

Respectfully submitted,

*/s/ Ravi Rayasam*
Ravi Rayasam
Ga Bar No. 596769
**Ghanayem and Rayasam, LLC**
1936B North Druid Hills Road, N.E.
Atlanta, GA 30319
Telephone: (404) 561-0202
Email: ravi@gratlantalaw.com

*Counsel for Defendant*